UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/12/21
```

Anthony Rodriguez,

            Plaintiff,

    –v–

United States of America,

            Defendant.

19-cv-11662 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On September 7, 2021, the Court denied Mr. Rodriguez's motion to vacate his conviction and sentence under 28 U.S.C. Sec. 2255. Case No. 16-CR-00007, Dkt. No. 73. Accordingly, the Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: October 12, 2021
       New York, New York

                                          ALISON J. NATHAN
                                          United States District Judge